**16 CV 2871**

JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Taharqa Piye Mentuhotep
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

-against-

1) New York City Police Dept
2) Police officers Kolosie, Taras
3) Police officers Clifford Hollywood Shield 13763
4) P.O. Salvato

Jury Trial: ☒ Yes ☐ No
*(check one)*

FILED 2016 APR 18 PM 3:53 U.S. DISTRICT COURT S.D. OF N.Y.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name Taharqa Piye Mentuhotep
ID # N/A
Current Institution N/A
Address 157 Belmont Ave - Apt 11F
Brooklyn, NY 11212

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name Kolosie, Taras  Shield # _____
Where Currently Employed Pct. 30
Address 451 W.151 St, NY, NY 10031

Rev. 05/2010                                   1

Defendant No. 2   Name  Clifford Hollywood   Shield # 13763
                  Where Currently Employed  Pct 30
                  Address  451 W. 151 St - NY, NY 10031

Defendant No. 3   Name  Salvato   Shield # _____
                  Where Currently Employed  Pct 30
                  Address  451 W. 151 Street
                           NY, NY 10031

Defendant No. 4   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 5   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     On West 152 St + St. Nicholas Avenue
     NY, NY 10031

B.   Where in the institution did the events giving rise to your claim(s) occur?
     On 12-01-14 ~ 0240 : West 152nd Street @
     St. Nicholas Ave - NY, NY 10031

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     On 12-01-14 about 0240 or 240 AM

D. Facts:

**What happened to you?**

On 12-01-14, at 240 am, I was stop by Police office Kelosie, Tarms for An Alleged Red light infraction, He stated that I crossed a Red light ② Also that I had Allegedly been Drinking. Officer took Mr. Tattarga Mentuhotep into Custody — In violation of my Constitutional Right of my Miranda warning — After the officer subjected me to Custodial interrogation He never gave, I had not received "Miranda Warnings" before being interrogated 530 U.S. 428.

**Was anyone else involved?**

For plaintiff: NO

**Who else saw what happened?**

For Plaintiff: NO

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. NONE

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

    Yes ____   No _N/A_   Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

    Yes ____   No _N/A_   Do Not Know ____

    If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

    Yes ____   No _N/A_

    If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

    Yes ____   No _N/A_

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____ _N/A_ _____

    1.  Which claim(s) in this complaint did you grieve? _N/A_

    2.  What was the result, if any? _N/A_

    3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _N/A_

    _____
    _____
    _____

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here: ~~_____~~

    2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010                                4

when and how, and their response, if any: _____ N/A _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____ N/A _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

The Constitution and My Constitutional Rights Are so fundamental in a Lawful Society, I hereby request the Amount of $60,000,000.00 sixty million Dollars in Monetary Compensation, so that this will not happen to Another American Citizen.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<div style="margin-left:0">**On other claims**</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓ JM

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

Case 1:16-cv-02871-GBD-GWG   Document 1   Filed 04/18/16   Page 7 of 8

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _18_ day of __04__, 20_16_    *Tahonga Piye Mentuhotep*

                Signature of Plaintiff    _Tahanqa Mentuhotep_
                Inmate Number    _N/A_
                Institution Address    _P.O. Box 1509_
                                           _NY, NY 10035_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                Signature of Plaintiff: _____

PD 244-154 (Rev. 01-01)-RMU-Pent

SHEET 1

DATE OF REPORT: 12-01-14

**Name of Prisoner** (Last Name) (First Name) (M.I.): MENTUHOTEP, TAHARQA-PIYE
**Place of Occurrence:** W. 152 St. & St. Nicholas Ave.
**Sex:** M **Race:** Blk **Age:** 64 **Approx. Wt.:** 175
**Time & Date of Occurrence:** 12-01-14 0240
**Pct. of Occurrence:** 032
**Occupation:** CUSTODIAN
**How Many Years a Licensed driver?**
**I.D.T.U. Case Number:** 14-MN-1400
**RMP Video Tape #:**
**Owner of Vehicle:** (Last Name) (First Name) (M.I.): MENTUHOTEP, TAHARQA-P
**Vehicle Registration:** FCX4578
**Year of Vehicle:** 2005
**State Reg:** NY
**Address:** P.O. Box 1509 NY NY 10035
**Vehicle Make:** TOYOTA
**Year Manufactured:** 2005
**Was there any evidence of Drugs or Alcoholic Beverages inside Vehicle?** ☐ Yes ☑ No
**Did Arresting Officer See Defendant Operate Vehicle?** ☐ Yes ☑ No
**Did Civilian Witness See Defendant Operate Vehicle?** ☐ Yes ☑ No
**If Yes, Witnesses Last Name:** SALVATO
**Other Evidence of Operation of Vehicle:** DEF. WAS DRIVING.

### ARRESTING OFFICER'S OBSERVATIONS AT THE TIME OF ARREST

| Category | Observations |
|---|---|
| BREATH | ODOR OF ALCOHOLIC BEVERAGES: ☐ NONE ☐ FAINT ☑ MODERATE ☐ STRONG |
| COLOR OF FACE | ☑ NORMAL ☐ FLUSHED ☐ PALE ☐ OTHER |
| CLOTHES | ☐ ORDERLY ☐ MUSSED ☐ SOILED ☐ DISARRANGED ☐ DISORDERLY |
| ATTITUDE | ☐ POLITE ☐ EXCITED ☐ ANTAGONISTIC ☐ COCKY ☐ CAREFREE ☐ STUPOROUS ☐ COOPERATIVE ☐ INDIFFERENT ☐ HILARIOUS ☐ TALKATIVE ☐ COMBATIVE |
| ACTIONS | ☐ PROFANITY ☐ HICCUPPING ☐ BELCHING ☐ VOMITING ☐ FIGHTING |
| EYES | ☐ APPARENTLY NORMAL ☑ WATERY ☑ BLOODSHOT |
| BALANCE | ☐ STEADY ☐ SWAYING ☐ SAGGING ☐ FALLING |
| SPEECH | ☐ CLEAR ☑ SLURRED ☐ INCOHERENT |

**What first led arresting officer to suspect alcohol or drug influence?**
ODOR OF ALCOHOLIC BEVERAGE ON BREATH.

**Unusual actions or statements:** NONE

**Signs of illness or injury:** NONE

DISTRIBUTION: WHITE — COURT     YELLOW — ARRESTING OFFICER     BLUE — HIGHWAY DISTRICT